NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Leona T. Ryan,

    Plaintiff,

v.

Giesecke & Devrient America, Inc.,

    Defendant.

Hon. Dennis M. Cavanaugh

**ORDER**

Civil Action No. ~~10-5349~~ 10-5348 (DMC) (JAD)

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Giesecke & Devrient America, Inc. ("Defendant") to partially dismiss the complaint of Leona T. Ryan ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6). Pursuant to fed. R. Civ. P. 78, no oral argument was heard.

After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS __25th__ day of July, 2011;

**ORDERED** Defendants motion to dismiss Count I of Plaintiff's Complaint based on events which took place before March 1, 2009, with the exception of a drawing incident that allegedly occurred on February 18, 2009, is **granted**. Defendant's motion to dismiss Count III of Plaintiff's Complaint is **denied**.

                                        S/ Dennis; M. Cavanaugh
                                        Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk
cc: All Counsel of Record
      File